AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-07084

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Apple Corps Limited
was received by me on *(date)* September 16, 2016.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the summons by email to Paul V. LiCalsi, counsel for Apple Corps Ltd, who agreed to accept service.

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/19/16

*Server's signature*

Donald J. Curry, Attorney for Plaintiff
*Printed name and title*

Curry Law Firm PLLC
1 Rockefeller Plaza, 11th Floor
New York, NY 10020
*Server's address*

Additional information regarding attempted service, etc: